JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAWRENCE REDDICK,

               Plaintiff,

    v.

SHANNON DISCUS, *et al.*,

               Defendants.

Case No. 5:25-cv-02465-FLA (SSC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 5]**

Pursuant to 28 U.S.C. § 636, the court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge ("Report"), to which no objections were filed.  Dkt. 5.  The court accepts the findings and conclusions of the Magistrate Judge in the Report.

The court hereby ORDERS that judgment be entered DISMISSING the action without prejudice.

IT IS SO ORDERED.

Dated: February 23, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2