UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAWRENCE REDDICK,

Plaintiff,

v.

SHANNON DISCUS, *et al.*,

Defendants.

Case No. 5:25-cv-02465-FLA (SSC)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, it is hereby ADJUDGED that this action is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: February 23, 2026

_____

FERNANDO L. AENLLE-ROCHA
United States District Judge

1